Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail:  kate@cwsdefense.com

Attorneys for Defendant JOCELINE RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-mj-03506-DUTY |
| Plaintiff, | ORDER APPROVING MODIFICATION OF PRETRIAL RELEASE CONDITIONS – EXTENSION OF CURFEW FOR ONE EVENING |
| vs. | |
| JOCELINE RODRIGUEZ, Defendant | |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that:

1.  The Defendant's pretrial release conditions be modified as follows:

    a.  Defendant's curfew is extended to 1:00 a.m. (June 27, 2025) to permit Defendant to drive to and from concert at Kia Forum, which is scheduled for June 26, 2025 at 7:00 p.m.

    b.  All other conditions of pretrial release are to remain in place.

**DATED:**   06/18/2025         _____/s/ Autumn D. Spaeth_____
**HONORABLE AUTUMN D. SPAETH**
**UNITED STATES DISTRICT JUDGE**

-1-

ORDER

cc: PSA